685 A.2d 993

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Myron EVERETT, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 14, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of November, 1996, the Petition for Allowance of Appeal is GRANTED. The decision of the Superior Court is REVERSED and the ORDER of the trial court entered on April 4, 1994 suppressing physical evidence is REINSTATED. *See Commonwealth v. Matos,* 543 Pa. 449, 672 A.2d 769 (1996). Jurisdiction is relinquished.

CASTILLE, J., is filing a dissenting statement.

CASTILLE, Justice, dissenting.

I respectfully dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Matos,* 543 Pa. 449, 672 A.2d 769 (1996).